AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Putnam, Terry M. | **2. Court or Organization**<br><br>United States District Court, Northern Alabama | **3. Date of Report**<br><br>05/02/2019 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>United States Magistrate Judge | **5a. Report Type (check appropriate type)**<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>1/1/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North, Room 307
Birmingham, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Law Professor | Cumberland School of Law, Samford University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 05/02/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Cumberland School of Law, Samford University -- teaching | $13,150.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-Employed Art Teacher |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 05/02/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Georgetown University Law Center | Scholarship to ▓▓▓ | $25,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Department of Education | student loans ▓▓▓ | L |
| 2. | American Express | credit card | J |
| 3. | Arvest Central Mortgage Company | co-signer of mortgage on ▓▓ residence, Birmingham, Alabama | M |
| 4. | U.S. Department of Education | ▓▓▓▓▓ student loans | L |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 05/02/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Synovus Bank (all accounts) | A | Interest | J | T | | | | | |
| 2.   IRA #1 (H) | | | | | | | | | |
| 3.   ---Columbia Funds Series XI Dividend Income (mutual fund) | A | Dividend | J | T | Sold (part) | 01/03/18 | J | C | |
| 4. | | | | | Sold (part) | 08/10/18 | J | C | |
| 5.   ---Wells Fargo Bank, NA (cash in account) | A | Int./Div. | J | T | | | | | |
| 6.   ---Columbia Funds Trust II Mass-Large Value Quant. (mutual fund) | A | Dividend | J | T | | | | | |
| 7.   ---Columbia Funds Cap Alloc Mod Aggres Port Class A (mutual fund) | A | Dividend | J | T | Sold (part) | 11/20/18 | J | B | |
| 8.   Northwestern Mutual Life Insurance Co. (two universal life policies) | D | Dividend | M | T | | | | | |
| 9.   IRA #2 (H) | | | | | | | | | |
| 10.  ---Charles Schwab & Co (cash in account) | A | Int./Div. | J | T | | | | | |
| 11.  ---American Software, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 12.  ---Apple, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 13.  ---Johnson & Johnson, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 14.  ---Facebook, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 15.  ---Nvidia Corporation (common stock) (Y) | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 05/02/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V, Line 1 --- I have reported a scholarship ▇▇▇▇ received from the Georgetown University Law Center during 2018, although I do not believe it is "gift" within the meaning of the financial disclosure requirements. The Georgetown University Law Center scholarship has nothing to do with me, but was based entirely on ▇▇▇▇ academic record.

Part VI, Line 1 --- Out of an abundance of caution, I have reported as a Liability my adult ▇▇ student loans from law school, even though I am not legally responsible for them, because I am helping him make payments until he gets established.

Part VII, Lines 3, 4 & 7 --- I sold part of my shares in these mutual funds in my IRA to help pay ▇▇▇▇ educational expenses in law school, but I still own some remaining shares in each.

Part VII, Line 15--- As of December 31, 2018, the value of Nvidia Corporation stock dropped below the reporting thresholds.

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 05/02/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Terry M. Putnam**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544